
WCG
NJ

# COMPLAINT
(for non-prisoner filers without lawyers)

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern
OCT 2 2017
FILED
Stephen C. Dries, Clerk

(Full name of plaintiff(s))

Rochele Laura Braun
333 S. Rosera St P.O. Box 87
Lena, WI 54139

v.

(Full name of defendant(s))

Dr. ISAIA Cupino
200 S. Rosera St
Lena, WI 54139

Case Number:

17-CV-1344

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __WIS__ (State) and resides at

   333 S Rosera St Lena, WI 54139 (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Dr. ISAIA Cupino (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Dr. Cupino ended up going to him for major back pain. He gave me 3 shots for the pain Didn't touch it. He told me to go to the emergency room. I ended up going to Community Memorial Hospital. Oconto Falls, WI. where I was hospitalized for 4 days. On Feb. 21, 2007. The next day they did MRI. Found out I had 3 bulging disc. and something pushing on the nerve roo I already was on about 13 different medications. One in which was Percocet. For my ankle. All total He had me on 20 sum different meds. From morphine. 2 mg every 15 mins to 4 mg every half hour. I'm lucky to be alive. When being released from hospital Nurse (Laura) gave me 2 prescriptions. one for Oxycontin 20mg an one for Roxicodone 5mg. An Nurse I Laural gave me the rest of Medrol Dosepak in which is corticosteroid. In which can lower your Blood sugar count.

Complaint – 2

The nurse Laura said after I reading reports a year later that I had unexplained anger an agression.

1. Should of been a red flag light there. that all the meds I was on wasn't agreeing with me.

Make it short + to the point. About 9 days later I had a run in with the law. Cost me around 20,000, 3 Lawyers. In which I will be filing that case at a later date. Cause everything they did to me was illegal.

To the reader do take it into consideration. that I'am disabled an on top of it I have MS now. Its even hard for me to file this as I'am sick an In pain. An the stress of it is the worst thing for MS.

C.  JURISDICTION   what ever the judge decides!

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I don't think Dr. Cupino should no longer be a doctor. All the medications he had me on. An when I was released from hospital. He almost killed me. I want a lump sum of money for my pain an suffering. An I don't want this to ever happen to anyone else!

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.   What ever the judge decides!

☐ – YES      ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __2__ day of __Oct__ 20__17__.

Respectfully Submitted,

*Rochelle Brown*
Signature of Plaintiff

__920-672-7362__
Plaintiff's Telephone Number

__N/A__
Plaintiff's Email Address

_____

(Mailing Address of Plaintiff) P.O. Box 87
Lena, WI 54139
(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5