UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

*U.S. District Court Wisconsin Eastern — OCT 2 2017 — FILED — Stephen C. Dries, Clerk*

ROCHELE LAURA BRAUN,
        Plaintiff(s),

v.                              Case No. 17-CV-1344

Dr. ISAIA CUPINO,
        Defendant(s).

## CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

> This form must be filed with the Clerk of Court within 21 days of receipt. Although choosing to have your case decided by a magistrate judge is optional and refusal will not have adverse substantive consequences, the timely return of this completed form is mandatory.
>
> If you do not consent to a magistrate judge deciding your case, a district judge will handle your case. When a case is handled by a district judge, magistrate judges in this district generally play no further role in the case and do not issue reports and recommendations.
>
> Magistrate judges do not conduct felony trials, and therefore felony trials do not interfere with scheduling and processing of cases before magistrate judges.

**Check one:**

[✓] The undersigned attorney of record or pro se litigant **consents** to have **Magistrate Judge Nancy Joseph** conduct all proceedings in this case, including a bench or jury trial, and enter final judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Proedure 73(b).

[ ] The undersigned attorney of record or pro se litigant **refuses** to have a magistrate judge enter final judgment in this matter. I understand that this means that a district judge alone will handle all further proceedings in this matter.

Signed this __2__ day of __Oct__, __17__.   *Rochele L Braun*
        *(Day)*     *(Month)*  *(Year)*   Signature of counsel of record or pro se litigant

        [ ] Plaintiff/Petitioner (attorney or pro se litigant)
        [ ] Defendant/Respondent (attorney or pro se litigant
        [ ] Other Party