# United States District Court

EASTERN DISTRICT OF WISCONSIN

ROCHELE LAURA BRAUN,
   Plaintiff,

              **JUDGMENT IN A CIVIL CASE**

 v.

              Case No. 17-CR-1344

ISAIA CUPINO,
   Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for consideration.

  **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing and the case is DISMISSED for lack of subject matter jurisdiction.

        Approved: s/ William C. Griesbach
               William C. Griesbach, Chief Judge
               United States District Court

Dated: October 10, 2017.

               STEPHEN C. DRIES
               Clerk of Court

               s/ Cheryl A. Veazie
               (By) Deputy Clerk